Troutman Sanders LLP
875 Third Avenue
New York, New York 10022



troutman.com

**Stephen J. Steinlight**
D 212.704.6008
stephen.steinlight@troutman.com

April 20, 2020

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 12D
New York, New York 10007

> Application granted. Defendant's response to the Complaint due 6/9/20.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>           April 20, 2020

Re:   *Paul T. Vink v. Ally Financial Inc.*
      **Case No. 7:20-cv-03051-PMH**

Dear Judge Halpern:

This firm represents Defendant Ally Financial Inc. ("Ally"), in the above-referenced action. Pursuant to the Individual Rules I(C) of Your Honor's Individual Practices, Ally respectfully requests an extension of time up to and including Tuesday, June 9, 2020 for Ally to answer, move or otherwise respond to Plaintiff's Complaint, filed on April 15, 2020 (the "Complaint"). The current deadline to answer, move or otherwise respond to the Complaint is April 22, 2020. We request this extension because of the difficulties arising from the COVID-19 outbreak and the related lockdowns which have slowed our ability to gain timely access to our client, relevant underlying information concerning the Amended Complaint's allegations, and critical documents.

This is Defendant's first request for an extension of time to respond to the Complaint and Plaintiff consents to this request.

Respectfully submitted,

*s/ Stephen Steinlight*
Stephen J Steinlight

cc:   All Counsel of Record (via ECF)

42112142